IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Anita G. Zucker, Trustee of the Anita G. Zucker Trust Dated April 4, 2007, as Subsequently Amended or Restated<br><br>and<br><br>Anita G. Zucker as Trustee of the Article 6 Marital Trust, Under the First Amended and Restated Jerry Zucker Revocable Trust Dated April 2, 2007<br><br>      Individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>Bowl America, Inc., Bowlero Corp., Duff & Phelps Securities LLC, Cheryl A. Dragoo, Allan L. Sher, Merle Fabian, Gloria M. Bragg, Nancy E. Hull, and Ruth Macklin<br><br>                Defendants. | No. 1:21-cv-01967-SAG |

**STIPULATION AND PROPOSED ORDER REGARDING SERVICE OF PROCESS
AND DEFENDANTS' RESPONSE TO COMPLAINT**

WHEREAS, on August 4, 2021, plaintiffs Anita G. Zucker, Trustee of the Anita G. Zucker Trust Dated April 4, 2007, as Subsequently Amended or Restated and Anita G. Zucker as Trustee of the Article 6 Marital Trust, Under the First Amended and Restated Jerry Zucker Revocable Trust Dated April 2, 2007 ("Plaintiffs") commenced this proposed class action by filing a complaint (Dkt. 1) against Bowl America, Inc., Bowlero Corp., Duff & Phelps Securities LLC, Cheryl A. Dragoo, Allan L. Sher, Merle Fabian. Gloria M. Bragg, Nancy E. Hull and Ruth Macklin

(collectively, "Defendants"), alleging violations of the federal securities laws which was amended on August 5, 2021 ("Amended Complaint") (Dkt. 3); and

WHEREAS, in accordance with the provisions of the Private Securities Litigation Reform Act of 1995 the deadline to seek appointment as lead plaintiff ("Lead Plaintiff") in this action is October 5, 2021.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the Court's approval, as follows:

1. Effective as of the date of this Stipulation, all Defendants have been properly served with, or otherwise have accepted service of, the Amended Complaint; however, Defendants' agreement to accept service is not and shall not be construed as a waiver of any other defenses, including but not limited to defenses related to personal jurisdiction.

2. Defendants' obligation to answer or otherwise respond to the Amended Complaint or any other complaint in this action is deferred until after the Court has appointed a Lead Plaintiff and lead counsel in this action, and is subject to further stipulation among the parties; and

3. Within fourteen (14) days of the Court's appointment of a Lead Plaintiff, Defendants and lead counsel for such Lead Plaintiff will enter into a further stipulation and proposed order providing for (a) Lead Plaintiff's deadline to file an amended or consolidated complaint; (b) Defendants' deadline to answer or otherwise respond to the amended or consolidated complaint, which shall not be earlier than 60 days after the filing of such amended or consolidated complaint; and, if Defendants move to dismiss

   the amended or consolidated complaint, (c) a schedule for the briefing of such motion to dismiss.

4. If no person or entity seeks to be appointed as Lead Plaintiff on or before the deadline for such motions on October 5, 2021, Defendants and Plaintiffs shall, within fourteen (14) days of the expiration of such deadline, enter into a further stipulation and proposed order providing for (a) Plaintiffs' deadline to file an amended complaint if they choose to do so; (b) Defendants' deadline to answer or otherwise respond to the current or amended complaint, which shall not be earlier than 60 days after the filing of such complaint or, if Plaintiffs choose not to file a further amended complaint, not earlier than 60 days after the further stipulation; and, if Defendants move to dismiss the complaint, (c) a schedule for the briefing of such motion to dismiss.

IT IS SO STIPULATED ON SEPTEMBER 14, 2021, THROUGH COUNSEL OF RECORD.

By:
**COHEN MILSTEIN SELLERS & TOLL PLLC**

      */s/ Daniel S. Sommers*
Daniel S. Sommers (Bar No. 15822)
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsommers@cohenmilstein.com

Richard A. Speirs (New York Bar #2049948)
(*pro hac vice* motion forthcoming)
Amy Miller R (New York Bar #4029948)
(*pro hac vice* motion forthcoming)
88 Pine Street, 14th Floor
New York, NY 10005

By:
**FOLEY & LARDNER LLP**

      */s/ Jarren N. Ginsburg*
Jarren N. Ginsburg (Bar No. 19688)
3000 K Street, N.W.
Suite 600
Washington, DC 20007
Telephone: (202) 295-4071
Email: jginsburg@foley.com

Jonathan H. Friedman (*pro hac vice* motion forthcoming)
90 Park Avenue
New York, NY 10016
Telephone: (212) 338-3416
Email: jfriedman@foley.com

| | |
|---|---|
| Phone: 212-838-7797<br>Facsimile: 212-838-7745<br>Email: rspeirs@cohenmilstein.com<br>amiller@cohenmillstein.com<br><br>*and*<br><br>**KOHRMAN JACKSON & KRANTZ LLP**<br>Brett S. Krantz (0069238)<br>Derek P. Hartman (0087869)<br><br>One Cleveland Center, 29th Floor<br>1375 East Ninth Street<br>Cleveland, Ohio 44114<br>Phone: 216-696-8700<br>Facsimile: 216-621-6536<br>Email: bk@kjk.com<br>dph@kjk.com<br><br>*Counsel for Plaintiffs* | John A. Tucker (*pro hac vice* motion forthcoming)<br>One Independent Drive, Suite 1300<br>Jacksonville, FL 32202<br>Telephone: (904) 633-8924<br>Email: jtucker@foley.com<br><br>*Counsel for Individual Defendants Cheryl A. Dragoo, Allan L. Sher, Merle Fabian. Gloria M. Bragg, Nancy E. Hull, and Ruth Macklin*<br><br>**DLA PIPER LLP (US)**<br><br>         */s/ Benjamin D. Schuman*         <br>Benjamin D. Schuman (Bar No. 28829)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>Telephone: (410) 580-4022<br>Facsimile: (410) 580-3022<br>Email: ben.schuman@dlapiper.com<br><br>*Counsel for Defendant Bowlero Inc. and Nominal Defendant Bowl America, Inc.*<br><br>**WINSTON & STRAWN LLP**<br><br>         */s/ Francie N. Berger*         <br>Francie N. Berger (Bar No. 21914)<br>1901 L Street-<br>Washington, DC 20036<br>Telephone: (202) 282-5332<br>Facsimile: (202) 282-5100<br>Email: fberger@winston.com<br><br>*Counsel for Defendant Duff & Phelps Securities LLC* |

**SO ORDERED**, this ___ day of _____, 2021.

_____
HON. STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE