UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SHERYL COHEN FINE, *et al.*,<br><br>    Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOWL AMERICA, INC., *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-01967-SAG |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Plaintiffs and Class Representatives Sheryl Cohen Fine and John Risner ("Plaintiffs"), on behalf of themselves and all members of the Class, by and through their undersigned counsel of record, will move this Court on December 12, 2024 at 9:00 a.m., before the Honorable Stephanie A. Gallagher, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment, approving the proposed Settlement as fair, reasonable, and adequate, and for entry of an Order approving the proposed Plan of Allocation for the net proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Plaintiffs submit and are filing herewith: (i) Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (ii) the Joint Declaration of Richard A. Speirs and Brett S. Krantz in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Co-Lead Counsel's Motion For an Award

of Attorney's Fees and Expenses, dated November 21, 2024, and the exhibits thereto. A Proposed Order will be submitted with Lead Plaintiffs' reply submission on or before December 5, 2024, after the deadlines for objecting and seeking exclusion have passed.

DATED: November 21, 2024                    Respectfully submitted,

/s/  Daniel S. Sommers
COHEN MILSTEIN SELLERS
& TOLL PLLC
Daniel S. Sommers (Bar No. 15822)
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
dsommers@cohenmilstein.com


Richard A. Speirs (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
rspeirs@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs*

Kohrman Jackson & Krantz LLP
Brett S. Krantz (admitted *pro hac vice*)
4 One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, OH 44114
Tel: (216) 696-8700
Fax: (216) 621-6536
bk@kjk.com dph@kjk.com

*Co-Lead Counsel for Plaintiffs*